IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHARLES ALLEN BEERY, §
§
    Petitioner, §
§
v. § 2:07-CV-0100
§
NATHANIEL QUARTERMAN, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
§
    Respondent. §

**ORDER OVERRULING OBJECTIONS,**
**ADOPTING REPORT AND RECOMMENDATION,**
**and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS**

Came for consideration the federal habeas corpus application filed by petitioner CHARLES ALLEN BEERY. On January 10, 2008, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed as time barred. Petitioner filed objections to the Magistrate Judge's Report and Recommendation on January 22, 2008.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are without merit and are hereby OVERRULED, the Magistrate Judge's Report and Recommendation is hereby ADOPTED and the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _25th_ day of _January_ 2008.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE